UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK L. RUNYON,<br><br>   Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP, ANNE MAHONEY and STEPHEN KLAR,<br><br>   Defendants. | CIVIL ACTION NO. 13-11236-DJC |

## LOCAL RULE 7.3 DISCLOSURE STATEMENT
## OF DEFENDANT WELLINGTON MANAGEMENT COMPANY, LLP

Defendant Wellington Management Company, LLP ("Wellington") hereby states pursuant to Local Rule 7.3 that it does not have a parent corporation, that it is a limited liability partnership that does not issue stock, and no publicly held company has any ownership interest in it.

              WELLINGTON MANAGEMENT COMPANY, LLP,

              By its attorneys,

              /s/ *Ilene Robinson Sunshine*
              Ilene Robinson Sunshine (BBO #423000)
              *isunshine@sandw.com*
              SULLIVAN & WORCESTER LLP
              One Post Office Square
              Boston, MA  02109
              (617) 338-2800 (phone)
              (617) 338-2880 (fax)

Dated:  June 24, 2013

- 2 -

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 24, 2013.

<u>/s/  Ilene Robinson Sunshine</u>