# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

FREDERICK L RUNYON  Pro Se
_____
*Plaintiff*

v.

WELLINGTON MANAGEMENT COMPANY, LLP,
ET AL.
_____
*Defendant*

Civil Action No.:
1:13–CV–11236–DJC

FILED
IN CLERKS OI
2013 JUN 25 P
U.S. DISTRICT CO
DISTRICT OF MA.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WELLINGTON MANAGEMENT COMPANY, LLP
280 CONGRESS STREET
BOSTON, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

FREDERICK RUNYON
125 HIGH STREET
NEWTON, MA 02464

6/21/13
phone: 617-817-2466

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
_____
*CLERK OF COURT*

/s/ – Jennifer Anderson
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2013-05-21 12:09:22.0, Acting Clerk USDC DMA

Civil Action No.: **1:13-CV-11236-DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Wellington Management Co., LLP
was received by me on (date) 5/21/2013.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Certified Mail, U.S. Postal Service proof attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

6/20/13
Date

Frederick Runyon
Server's Signature

Frederick Runyon, Pro Se
Printed name and title

125 High St., Newton MA 02464
Server's Address

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent   ☐ Addressee<br>B. Received by (*Printed Name*): IAIN PEARL-BAXTER   C. Date of Delivery |
| 1. Article Addressed to:<br><br>WELLINGTON MANAGEMENT COMPANY, LLP<br>280 CONGRESS ST<br>BOSTON MA 02210 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |