Plaintiff, Pro Se
125 High Street
Newton, MA, 02464

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

Frederick L. Runyon, Plaintiff, )
vs.                              ) CIVIL ACTION NO. 13-11236-DJC
Wellington Management Company,  )
LLP; Anne Mahoney; Stephen       )
Klar; Defendants                 ) **MOTION FOR EXTENSION OF TIME TO**
                                 ) **FILE OPPOSITION TO DEFENDANTS'**
                                 ) **MOTION TO DISMISS**
                                 )
                                 )
_____  )

1. COMES NOW Frederick L. Runyon, Plaintiff in the above entitled case, specifically to request an extension of time to reply with an opposition to the Defendants' Motion to Dismiss dated June 24, 2013 and received by me on June 25, 2013.

2. Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss will require time for me to research, develop an understanding of, and prepare an effective response to the number and complexity of issues raised in those filings.

3. Because I am representing myself I believe it is reasonable to assert that I need more time to prepare an effective response than would trained and experienced professional counsel.

4. Local Rule 7.1(b)(2) requires that an Opposition to a Motion be filed within 14 days after the Motion has been served. That date would be July 9, 2013. I will be away from home without access to my computer from July 3 until July 8.

5. For the above stated reasons I respectfully request an extension of time to file my Motion in Opposition until July 23, an additional fourteen days.

Dated this 27th day of ~~May~~ June, 2013

*Frederick L. Runyon*
Frederick L. Runyon, Plaintiff
*Pro se*
125 High Street
Newton, MA 02464

## Certificate of Service

I hereby certify that paper copies of this document(s) will be sent by First Class U.S. Mail to the attorneys for the Defendants, represented collectively by Ilene Robinson Sunshine of Sullivan and Worcester LLP, Boston, MA.

Dated: June 27, 2013