```
Plaintiff, Pro Se
125 High Street
Newton, MA, 02464
```

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

Frederick L. Runyon, Plaintiff, )
vs.                              )
Wellington Management Company,   ) **CIVIL ACTION NO. 13-11236-DJC**
LLP; Anne Mahoney; Stephen       )
Klar; Defendants                 )
                                 ) **Affidavit for PLAINTIFF'S**
                                 ) **OPPOSITION TO DEFENDANTS'**
                                 ) **MOTION TO DISMISS**
                                 )
                                 )

### Affidavit of Frederick L. Runyon

Frederick L. Runyon, being first duly sworn, states as follows:

1. My name is Frederick L. Runyon. I am citizen of the Commonwealth of Massachusetts.

2. Attached as Exhibit 1 is an accurate copy of documents relating to the creation of the job position "Corporate Design Manager."

3. Attached as Exhibit 2 are a complete and accurate copy of my resume and the resume of Betsy Salsman.

4. Attached as Exhibit 3 is a complete and accurate copy the job description for the position "Corporate Design Manager"

Dated this 23rd day of July, 2013

*Frederick L. Runyon*
Frederick L. Runyon, Plaintiff
*Pro se*
125 High Street
Newton, MA 02464
617-817-2466

Affidavit - 2