# EXHIBIT 1

| | |
|---|---|
| **Memorandum** | **Wellington Management Company, LLP** |
| | To: Compensation committee |
| | From: Joe Kleber |
| | Re: EPG Design Headcount Request |
| | Date: November xx, 2005 |
| **Request** | I am requesting the addition and creation of a new position in the Design group within EPG (Design Supervisor?????). The combination of increased volumes and turnarounds along with new and strategic "Marketing" are major factors in supporting this request. |
| **Background** | Over the past two years, the Design group has experienced a volume increase of nearly 40% vs 2003. The two biggest contributors to this increase are the increased numbers of Publications that are being developed for distribution to Wellington clients as well as the in sourcing of high-end Design work that was outsourced prior to 2004 (Joe Moore). Although the Publications are fairly straightforward from a Design perspective, they tend to be time sensitive and therefore have tighter deadlines. This has a residual effect on the rest of the workload. The High-end Design work has significantly more complexity to it and therefore the lifecycle for these types of Design projects tend to be much longer due to their creative and iterative nature. By bringing this work in house we saved the firm approximately 185k in 2004. These jobs have a vendor interaction and coordination component to them that includes quoting, spec gathering, file delivery, on-site quality checks and delivery. All of these tasks require a consistent stream of communication between the internal Business Partners and the external vendors. Although we have been successful in handling the workload increase with existing staff (4 Designers, 1 Manager), it has meant that much of the Manager's time is spent being hands on and assisting with the day-to-day work as well as running interference on conflicting deadlines. This has left the Manager of the group little time to focus on strategic and project related work, as well as, time to look at the broad spectrum of jobs to ensure consistency and appropriateness essential to the growing Design needs of the firm. It has also left the group with little or no downtime that is crucial in focusing on Template creation, planning and other process improvements. All in all it has made for a very reactive environment. |
| **Recommendation** | Create and add a new position (???????) within the EPG Design group that would be able to work on jobs as well as take on some of the administrative burden of tracking jobs, checking jobs as they enter the work queue, validating submission information, checking required content, and estimating the amount of work involved along with the total queue of work to verify feasibility of completion against expected turnarounds. This person would also be responsible for managing existing staff and their associated performance. This will free up some of the time for the Design Manager to focus on more strategic types of projects and overall quality/consistency positioning the group to be more proactive in addressing ongoing firm needs. Also, the Design Manager |

Headcount Request
November xx, 2005
Page 2

would also be able to focus on overseeing broader EPG Design needs (i.e. Web, Multimedia, etc.).

Because of other department headcount needs, we have held off on this request for almost two years and believe now is the right time to move forward with this.
Thank you for your consideration

| Memorandum | **Wellington Management Company, LLP** |
|---|---|
| | To: Compensation Committee |
| | From: Joe Kleber |
| | Re: EPG New Position and New Hire Request |
| | Date: June 27, 2006 |
| **Request** | I am requesting approval to create a new position within EPG, called Corporate Design Manager (see attached job description). If this is approved, it is my intention to have Rick Runyon, our present Design Manager, assume this position and to hire a new Design Manager (see attached job description) with the open position I have available. |
| **Background** | Over the past two years, the Design Group has experienced a increase in project volume of nearly 40%. The two biggest contributors to this increase are:<br><br>· the increased number of publications that are being developed for distribution to Wellington clients **(give examples here)**<br>· the in-sourcing of high-end design work that was outsourced prior to 2004. **(give examples here)**<br><br>Although the publications are fairly straightforward from a design perspective, they tend to be time sensitive and therefore have tighter deadlines, which causes a residual effect on the rest of the group's workload. The high-end design work has significantly more complexity to it and, as a result, the lifecycle for these types of Design projects tend to be much longer due to their creative and iterative nature. By bringing this work in house we saved the firm approximately $185,000 in 2004. These jobs require a vendor interaction and coordination component to them that includes quoting, spec gathering, file delivery, on-site quality press checks, and delivery. All of these tasks require a consistent stream of communication between the Design group, internal Business Partners, and the external vendors.<br><br>Although we have been successful in handling the workload increase with our existing staff (4 Designers, 1 Manager), it has meant that much of Rick's time is spent doing hands on design work as well as running interference on conflicting deadlines. This has left him little time to focus on strategic corporate, global and project related work, as well as time to look at the broad spectrum of jobs to ensure consistency and appropriateness essential to the growing design needs of the firm. It has also left the group with little or no downtime, which is crucial for focusing on Template creation, planning and other process improvements. All in all, it has made for a very reactive environment with little time to focus on the growing corporate global branding/design needs of the firm. |
| **Recommendation** | I am recommending the creation of this new position within EPG as a separate entity from the Design team reporting directly to me. I believe that Rick Runyon is the logical choice to fill this new role. The Corporate Design Manager (CDM) would step away from the day-to-day management of the Design Group and |

focus on more strategic corporate projects positioning the group to be more proactive in addressing the ongoing design and identity needs of the firm. The CDM would have input in all EPG areas on branding and corporate design guidance as well as global design/branding oversight for all Wellington offices. **(I would give some examples of projects here)**

The new Design Manager would be expected to work on design projects, take on some of the administrative burden of tracking jobs, checking jobs as they enter the work queue, validate submission information, check required content, and estimate the amount of work involved per submission – as well as the total amount of work in the Design queue – to verify feasibility of completion against expected turnarounds. This person would also be responsible for managing existing design staff and their performance.

Due to other EPG headcount needs, we have had to hold off on this request for almost two years. With the increasing demand for corporate design oversight this position is now a critical need.

Thank you for your consideration.

| Memorandum | **Wellington Management Company, LLP** |
|---|---|
| | To: Compensation Committee |
| | From: Joe Kleber |
| | Re: EPG New Position and New Hire Request |
| | Date: June 30, 2006 |
| **Request** | I am requesting approval to create a new position within EPG, called Corporate Design Manager (see attached job description). If this is approved, it is my intention to have Rick Runyon, our present Design Manager, assume this position and to hire a new Design Manager (see attached job description) with the open position I have available. |
| **Background** | Over the past two years, the Design Group has experienced an increase in project volume of nearly 40%. The biggest contributors to this increase are:<br>· The growing number of publications and marketing materials that have been developed for distribution to Wellington clients and to support our Business Developers. These include six regional versions of the Wellington Business Review, the Currency Highlights, the Fixed Income Outlook, two CMS Editorial Board publications, four new versions of our Quarterly Highlights publications designed specifically for TAILOR. There has been a steadily growing volume of White Papers and Perspective publications, and more and more of these are also being translated into French, German, Japanese, Simplified Chinese, and Traditional Chinese.<br>• New reports for Daily Priced Pools, portfolio fact sheets to replace 98s for marketing use, and many additional projects to support Business Groups with internal and external communications needs.<br>· The in-sourcing of high-end design work that was outsourced prior to 2004, such as the Annual Report on Compliance Controls, the publication "Our Business and Practices," Future Themes research publication in both English and Japanese, Research Forum materials, the recruitment brochure for HR<br>• Support for a variety of business activities such as the Charitable Fund Event, HR training programs, Partners and Associates events, Wellington Institute, Compliance & Risk Management Forum, the annual Year End Celebration, etc.<br><br>Although the publications are fairly straightforward from a Design perspective, they are time sensitive and have demanding deadlines, which has an impact on the rest of the group's workload. The high-end design work is significantly more complex and the development time for this type of Design project is accordingly much longer due to the creative and iterative nature. By bringing this work in-house we saved the firm approximately $185,000 in 2004. These jobs require vendor interaction and coordination that includes, information gathering, developing specifications, cost estimating, file delivery, on-site quality press checks, and delivery. All of these tasks require a consistent stream of communication between the Design Group, internal Business Partners, and the external vendors. |

Headcount Request
March 31, 2006
Page 2

Although we have been successful in handling the workload increase with our existing staff (4 Designers, 1 Manager), it has meant that much of Rick's time is spent playing multiple roles as traffic manager, project coordinator, production supervisor, and lead designer. He has also been responsible for document management and retrieval, and administrative work related to managing staff and processes. This has left him little time to focus on strategic corporate, global, and project related work, as well as time to look at the broad spectrum of jobs to ensure consistency and appropriateness essential to the growing design needs of the firm. It has also left the group with little or no downtime, which is crucial for focusing on template creation, planning, and other process improvements. All in all, it has made for a very reactive environment with little time to focus on the growing corporate global branding/design needs of the firm.

**Recommendation**

I am recommending the creation of this new position within EPG as a separate entity from the Design Group, reporting directly to me. I believe that Rick Runyon is the clear choice to fill this new role. The Corporate Design Manager (CDM) would step away from the day-to-day management of the Design Group and focus on more strategic corporate projects, positioning the group to be more proactive in addressing the ongoing design and identity needs of the firm. The CDM would have input in all EPG areas on branding and corporate design guidance as well as global design/branding oversight for all Wellington offices. This would include responsibility for quality and consistency in all communications materials including stationery and business cards, printed materials, presentations, web interface, and emerging methods of communication.

The new Design Manager would be expected to work on design projects, take on some of the administrative burden of tracking jobs, check jobs as they enter the work queue, validate submission information, check required content, and estimate the amount of work involved per submission – as well as the total amount of work in the Design queue – to verify feasibility of completion against expected turnarounds. This person would also be responsible for managing existing design staff and evaluating their performance.

Due to other EPG headcount needs, we have had to hold off on this request for almost two years. With the increasing demand for corporate design oversight this position is now a critical need.

Thank you for your consideration.

# Wellington Management Company, LLP

Electronic Publishing Group

Corporate Design Manager

Job Description

July 15, 2006

| | |
|---|---|
| **Background** | Primary emphasis is on supervision of the design and execution of communications materials to ensure that all materials represent the firm appropriately to both internal and external audiences, and to ensure that the design and delivery of firm content contribute to an enhanced user experience. |
| **Responsibilities** | Serve as the firm's conceptual, collaborative design leader with understanding of design, communications, brand and business strategy to assure image consistency across all media |
| | Interact with management at all levels of the firm to consult and advise on the development of new content and new methods of delivery, and to ensure design solutions are strategic, targeted, and visually compelling |
| | Set and maintain creative standards for the firm, and contribute to the development and support of best practices related to the creation of communications materials from concept through execution. |
| | Develop new or improved processes and solutions to leverage capabilities of existing applications and technology as it applies to design and dissemination of communications materials to clients, prospects, and other constituencies. |
| | Work with Team Managers to ensure that content development is coordinated across different methods of delivery. |
| | Supervise outside vendors to determine best solutions, timely delivery, and appropriate charges for required work. |
| | Ensure that new design/format solutions work efficiently with various international paper standards (i.e. A4) |
| **Requirements** | Position requires an individual with 10+ years of experience in all aspects of Marketing and Corporate Communications, with at least 5 years supervising design and production of communications materials for the financial services industry. |
| | Must show superior judgment and consistently demonstrate high level of expertise in the requirements of the job, with broad and detailed knowledge of the applications and technologies used to create and deliver communications materials. |
| | Must have broad knowledge of the organization to understand and anticipate the needs of the firm. Must seek ways to contribute beyond the expectations of the job description. |
| | Must be able to supervise work in all media, and must have experience managing projects and people. |

| | |
|---|---|
| Memorandum | **Wellington Management Company, LLP** |

To: All Wellington Management Employees

From: Joe Kleber

Re: New EPG Position - Rick Runyon Promotion

Date: September 19, 2006

I am pleased to announce that Rick Runyon has been promoted to Corporate Design Manager, a newly created position within EPG. In this role, Rick will focus on strategic corporate design projects, and the identity needs of the firm. He will provide input and oversight to all areas and offices of the firm with regard to Wellington Management's corporate design, image, and global branding.

Rick joined Wellington Management in 1998 as Design Manager, where he has been overseeing a group of four graphic design professionals. He will be sorely missed in this role, where his unflappable composure, impeccable work ethic, and good-natured personality have been great assets to his team.

Rick will transition from Design Manager to Corporate Design Manager as soon as a replacement Design Manager has been hired. His new office will be on the 8th floor of 75 State Street, and he will continue to be reachable on extension 3928. Please join me in congratulating Rick and wishing him continued success in his new role.

# Wellington Management Company, LLP

To: All Wellington Management Personnel

From: Joe Kleber

Re: Open Position: Design Manager

Date: September 20, 2006

---

As a result of Rick Runyon's promotion to Corporate Design Manager, the Compensation Committee has approved a replacement position for Design Manager, reporting to John Murphy. The Design Manager is responsible for overseeing a staff of four Graphic Designers, as well as supervising the work flow of the Design team and coordinating requests with their business partners. Strong organizational, design, and communication skills are required. Please see the following job description for more details. If you know of any qualified candidates for this position, please contact Rick Runyon on x3928, Joe Kleber on x3910 or Kristen Deftos in HR on x5625.

| | |
|---|---|
| **Overview** | Wellington's EPG Design Group is responsible for the creation of various Marketing materials including publications, brochures, sales sheets, invitations, promotional pieces and various ad-hoc design requests. The Design Manager will provide day-to-day support and supervision to the EPG Design Team and their Business Partners. |
| **Responsibilities** | • Manage a staff of 4 Graphic Designers<br>• Monitoring of the daily work queue using Virtual Ticket application (Virtual work queue)<br>• Validation and adjustment of individual job specifications as needed<br>• Assigning jobs to team members as appropriate<br>• Communicating with internal Business Partners to negotiate short or conflicting deadlines<br>• Consulting and guiding Business partners toward best practices of submitting, markup, etc.<br>• Interacting with vendors to obtain estimates and negotiate costs, and to determine best solutions and timely delivery<br>• Working on jobs as volumes dictates<br>• Communicating with Design Manager on a consistent basis to ensure quality and consistency<br>• Communicating with other EPG team managers to ensure consistency and follow through<br>• Communicate with EPG members in remote Wellington locations to answer questions and provide guidance as needed (Tokyo, Singapore, Hong Kong, London, Sydney, San Francisco) |
| **Qualifications** | • Position requires a well-organized individual with 10+ years of experience with at least 5 years designing communications materials for the financial services industry.<br>• Proven experience managing staff and related performance |

Open Position: Design Manager
September 20, 2006
Page 2

- The ability to work unsupervised and follow direction from the Assistant Director and Corporate Design Manager
- The ability to solve problems quickly and to maintain creativity in a fast paced environment
- The ability to manage a number of projects in various stages of production while consistently maintaining a professional level of client service
- Primary emphasis is on design and production of printed materials
- Knowledge of corporate design practices, logo usage, identity issues, etc., is desired.
- Knowledge of 4/C process work and familiarity with pre-press and printing processes
- A general proficiency functioning in a corporate networked environment using e-mail, Adobe Acrobat, etc., on the Macintosh Platform is essential.
- Advanced skills in design and production using the following applications:
  - Adobe InDesign
  - Adobe Illustrator
  - Adobe Photoshop
- Proficiency using the following applications:
  - Adobe PageMaker
  - Deltagraph
  - Microsoft Word
  - Microsoft Excel
  - Adobe Acrobat Distiller and Exchange
- Strong proficiency using the MacOS is required
- Working knowledge on the PC Platform