Certificate of Service

I hereby certify that paper copies of this document(s) will be sent by First Class U.S. Mail to the attorneys for the Defendants, represented collectively by Ilene Robinson Sunshine of Sullivan and Worcester LLP, Boston, MA.

*Frederick L. Runyon*

Frederick L. Runyon, Plaintiff
Pro se