Plaintiff, Pro Se
125 High Street
Newton, MA, 02464

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

Frederick L. Runyon, Plaintiff, )
vs.                             )  CIVIL ACTION NO. 13-11236-DJC
Wellington Management Company,  )
LLP; Anne Mahoney; Stephen      )
Klar; Defendants                )  **MOTION FOR PERMISSION FOR**
                                )  **ELECTRONIC CASE FILING**
                                )
                                )
                                )
                                )
_____ )

As the Plaintiff in the above-captioned matter, I, Frederick Runyon, respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case.

I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

    A computer with internet access;

    An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.



A scanner to convert documents that are only in paper format into electronic files;

A printer or copier to create to create required paper copies such as chambers copies;

A word-processing program to create documents; and

A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Dated this  27th  day of  November , 2013

*Frederick Runyon*

Frederick L. Runyon, Plaintiff

*Pro se*

125 High Street

Newton, MA 02464

## Certificate of Service

I hereby certify that paper copies of this document(s) will be sent by First Class U.S. Mail to the attorneys for the Defendants, represented collectively by Ilene Robinson Sunshine of Sullivan and Worcester LLP, Boston, MA.

Dated this  27th  day of  November , 2013