

|  |  |
|---|---|
|  | **UNITED STATES DISTRICT COURT**<br>DISTRICT OF MASSACHUSETTS<br>OFFICE OF THE CLERK<br>1 COURTHOUSE WAY<br>BOSTON, MASSACHUSETTS 02210 |

**ROBERT M. FARRELL**
CLERK OF COURT

December 17, 2013

Frederick Runyon
125 High Street
Newton, MA 02464

                                        Re:  Electronically Filing Documents

Mr. Runyon:

       Your request to file electronically has been granted by the Court.

       Before this office can issue a login and password, we ask that you learn how to use our system. I am writing to ask you to complete the following tasks, all found on the court's web site:

- o  Read our Administrative Procedures, found at:
     http://www.mad.uscourts.gov/caseinfo/pdf/ECFadminproc.pdf

- o  Read our CM/ECF Users manual and training guide, found at:
     http://www.mad.uscourts.gov/training/pdf/ECFmanual-MA.pdf

- o  Complete the on-line tutorial, found at: http://www.mad.uscourts.gov/ecf22/index.html

       Once you have had time to complete these tasks, please apply for an account using our on-line registration form at https://public.mad.uscourts.gov/ecfreg.html.

       Please do not hesitate to contact me if you have any questions.  My email address is ginny_hurley@mad.uscourts.gov.

                                                          Sincerely,

                                                          /s/ *Virginia A. Hurley*

                                                          Virginia A. Hurley
                                                          Training/Outreach Coordinator