1  Plaintiff, Pro Se
2  125 High Street
   Newton, MA, 02464

3
4              UNITED STATES DISTRICT COURT
5              DISTRICT COURT OF MASSACHUSETTS_

6  Frederick L. Runyon, Plaintiff, )
7  vs.                            )
   Wellington Management Company, ) **CIVIL ACTION NO. 13-11236-DJC**
8  LLP; Anne Mahoney; Stephen      )
9  Klar; Defendants                )
10                                 ) **Affidavit for PLAINTIFF'S**
                                   ) **Amended Complaint**
11                                 )
12                                 )
13 _____)

14
              **Affidavit of Frederick L. Runyon**
15

16 Frederick L. Runyon, being first duly sworn, states as follows:

17 1.My name is Frederick L. Runyon. I am citizen of the

18   Commonwealth of Massachusetts.

19
20 2.Attached as Exhibit 1 is an accurate copy of documents

21   relating to the creation of the job position "Corporate Design

22   Manager."

23 3.Attached as Exhibit 2 are a complete and accurate copy of my

24   resume and the resume of Betsy Salsman.

25
26 4.Attached as Exhibit 3 is a complete and accurate copy the job

27   description for the position "Corporate Design Manager"

28   .

                         **Affidavit - 1**

1

2

3   Dated this ___26___ day of ___March , 2014___

4

5

6                            *Frederick Runyon*

7                            **Frederick L. Runyon, Plaintiff**

8                            *Pro se*

9                            **125 High Street**

10                           **Newton, MA 02464**

11                           **617-817-2466**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Affidavit - 2**