# EXHIBIT 2

**FREDERICK L. RUNYON**
125 High Street, Newton, MA 02464
(617) 817-2466
flrunyon@gmail.com
http://www.behance.net/flrunyon

### SENIOR GRAPHIC DESIGNER, MANAGER

- Creative design professional with expert application skills and strong conceptual thinking
- Strong Individual Contributor, can take assignments from start to finish, from defining purpose through delivery. Expert hard skills, expert soft skills.
- Team leader and project manager. Creative solutions, on time, on budget.
- Trained and experienced manager, will support, coach, or direct staff as appropriate to empower, motivate, and guide professional development.
- Will develop and maintain best practices for quality and productivity
- Experience art directing photography, video, website development
- Experience managing chaos. With a sense of humor.

**EXPERIENCE**

| | |
|---|---|
| September, 2012 to January 2013 | **GRAPHIC DESIGNER**<br>PIONEER INVESTMENTS, BOSTON MA<br><br>Contract Designer reporting to Group Director, Product Marketing<br><br>Providing creative direction, design, and production support for publications, brochures, fact sheets, performance reports, packaging and video projects.<br><br>Responsibilities required ability to work with minimal supervision to meet project and deadline requirements. |
| May 2003 to June 2011 | **VICE-PRESIDENT, CORPORATE DESIGN MANAGER**<br>WELLINGTON MANAGEMENT COMPANY, LLP, BOSTON, MA<br><br>Broad oversight of strategic corporate design and corporate identity for asset management firm with $600 billion under management and offices in eight countries.<br><br>• Ensured quality and consistency in all areas of Wellington Management's corporate design and global branding needs, including print, web, events, multimedia, and video solutions.<br><br>• Supervised design and production of six and eight color marketing brochures, publications, product fact sheets; invitations, posters, agendas, and other materials supporting external events; internet, intranet, internal and external micro sites; internal communications; HR Training Programs and Benefits communications.<br><br>• Created complex Templates employing Master Pages with layers and text variables, reducing time and error in producing versions of documents in five languages with additional client specific content.<br><br>• Led initiative to reduce outside printing costs using firm's internal digital print facility for print on demand of high-end marketing materials. Collaborated with technicians to ensure quality of product met high standards comparable to traditional offset print. Solution reduced annual printing costs by more than 70%.<br><br>• Collaborated with technical consultants to create an automated system to produce client ready product fact sheets and other marketing materials. Result was a fully automated push-button solution that moved over 300 time-sensitive documents out of manual production, relieving staff of hundreds of hours of labor and eliminating the need for freelance support to meet critical deadlines during quarterly peak volumes.<br><br>• Managed processes and best practices and led team through periods of change associated with application and operating system upgrades, corporate growth and organizational changes. |

**FREDERICK L. RUNYON**
125 High Street, Newton, MA 02464
(617) 817-2466
flrunyon@gmail.com
http://www.behance.net/flrunyon

| | |
|---|---|
| August 1998 to May 2003 | **ASSISTANT VICE-PRESIDENT, DESIGN MANAGER** <br> WELLINGTON MANAGEMENT COMPANY, LLP, BOSTON, MA |

Hired into newly created position to build a Design Team to meet firm's growing needs primarily in print communications.

- Saved firm over $225,000 in annual costs by bringing work in house from outside Design Firms.
- Managed hiring and firing to develop staff best suited for the increasing volume and variety of marketing and communications materials.

December, 1993 to March, 1998

**ASSISTANT VICE-PRESIDENT, SENIOR DESIGNER**
SCUDDER, STEVENS & CLARK, BOSTON, MA

Managed design group responsible for the design and production of brochures, newsletters, posters, educational materials, packaging, etc., to promote mutual funds, retirement products, and all sorts of services offered by Scudder.

Selected outside design resources and supervised work to ensure quality, cost effectiveness, and conformance to standards.

Increased productivity by working with consultant to maintain proper configuration of network, Macintosh OS and application software for the group.

May, 1987 to April, 1992

**SENIOR DESIGNER, PARTNER**
BATTISTA DESIGN, BOSTON, MA, BOSTON, MA

Key contributor to success of five person graphic design studio servicing corporate accounts Comprehensive responsibilities.

- Serviced accounts, developed new business, supervised staff and freelance assistants, and negotiated prices and specifications with clients and vendors.
- Developed creative concepts, presented to clients, and designed and produced a wide range of printed materials, including annual reports, corporate identity programs, corporate communications systems, packaging, newsletters, posters, brochures, signage, logos, etc.

January, 1985 to May, 1987

**GRAPHIC DESIGNER**
FIDELITY INVESTMENTS, BOSTON, MA

Produced a variety of corporate communications materials including brochures, signage, posters, newsletters, videos, and audio-visual communications.

February, 1983 to October 1984

**STAFF ARTIST**
GIARDINI/RUSSELL ADVERTISING, BOSTON, MA

Produced advertising, collateral, and packaging materials for a variety of clients.

**FREDERICK L. RUNYON**
125 High Street, Newton, MA 02464
(617) 817-2466
flrunyon@gmail.com
http://www.behance.net/flrunyon

| APPLICATION SKILLS | **Expert skills** | **Working skills** |
|---|---|---|
| | **Adobe Creative Suite 5** | Excel |
| | Adobe InDesign CS5.5 | PowerPoint |
| | Adobe Photoshop CS5.1 | DeltaGraph |
| | Adobe Illustrator CS5.1 | QuarkXpress |
| | Adobe Acrobat Pro 10.1.1 | Timbuktu |
| | | Citrix |
| | **Microsoft Office Suite 2008** | Color Management utilities |
| | Entourage | |
| | Word | |
| | Extensis Suitcase Fusion | |
| | Extensis Portfolio | |
| | Metacommunications Virtual Ticket | |
| | Default Folder X | |
| | Quicktime Pro | |
| | Mac OS 10.7.2 Lion | |
| | Safari | |
| | Firefox | |

| AWARDS | Graphic Design, USA: DESI Award (two times) |
|---|---|
| | Printing Industries of America: PIA Award for Graphic Excellence (two times) |
| | Monadnock Paper: Award of Excellence |

| PROFESSIONAL DEVELOPMENT | **BOSTON UNIVERSITY SCHOOL OF MANAGEMENT** |
|---|---|
| | Direct Marketing Management and Development certification |
| | **UNIVERSITY OF MASSACHUSETTS, BOSTON, MA   WINTER, 1990** |
| | Critical and Creative Thinking |
| | *Graduate level study of the creative process and creative problem-solving methods.* |
| | **ADJUNCT PROFESSOR** |
| | University College, Northeastern University |
| | **GUEST LECTURER** |
| | Northeastern University |
| | Massachusetts College of Art |

| EDUCATION | Antioch College, Yellow Springs, Ohio |
|---|---|
| | University of New Hampshire, Durham, NH |
| | Massachusetts College of Art, Boston, MA |

# Betsy Salsman

betsysalsman.com

4 Layton Avenue, Wakefield, Massachusetts • 617.549.5082 • betsy_salsman@comcast.net

**PROFESSIONAL SUMMARY**

Dynamic and creative communications professional with 15 years of marketing communications and branding experience. Strong manager and leader who effectively utilizes resources to implement results-driven and cost-effective programs. Highly motivated and dedicated contributor with excellent communication and strategic thinking skills. Demonstrated strengths in project management, client relations, and problem resolution.

**COMMUNICATIONS EXPERIENCE**

**Director of Creative Services; Principal, Mercer** ~ Norwood, MA, 2006-present

In this expanded communications management role, responsible for developing and implementing effective marketing communications plans and programs for financial, retirement and human resource benefits programs and services. Act as primary liaison between clients and creative services department. Generate concepts and marketing recommendations to clients and prospects to drive revenue and meet departmental and company-wide financial goals.

- Develop products and programs that align with strategic business and client goals and continue to position Mercer as a leader and innovator in HR benefits administration and consulting
- Create, oversee and deliver results-driven multimedia campaigns, ensuring budgets are adhered to and the highest quality work is produced
- Implement marketing strategies in support of new retirement and health benefit products and services to increase awareness and utilization
- Direct communications campaigns for premiere clients such as CBS, FOX, Nordstrom, AIG, American Airlines, Campbell Soup, Coca-Cola, FedEx, Dow Jones, Halliburton, Toyota, Whirlpool, Thomson Reuters, Wrigley, Colgate, Corning, and Nestle
- Drive consistent communication best practices in the US and globally to maximize efficiency and reduce costs
- Manage and motivate a team of 25+ employees, in charge of hiring, training, coaching, and conducting semi-annual performance evaluations

**Creative Director; Principal, Mercer** ~ Norwood, MA, 2004-2006

Directed and managed all creative projects and staff; responsible for the overall quality of work produced by the creative department. Developed strategies to build the business and the brand; ensuring consistency across all media. Acted as the primary liaison between clients and creative department. Managed budget, conducted performance evaluations and facilitated career development for team members.

- Established brand messaging and standards to launch global outsourcing business within Mercer
- Provided leadership and creative direction on communications campaigns for over 150 clients annually, as well as supported sales bids for approximately 75 pitches per year

- Collaborated with Product Marketing and Account Directors to develop and deliver effective communications programs for our clients and their employees
- Created library of best-practice communications templates to leverage across the organization internally and externally with clients
- Revamped entire RFP process and packaging to reflect Mercer's culture and distinct offering in the industry

**Senior Designer; AVP, Putnam Investments** ~ Boston, MA, 1999-2004

Art directed and designed multimedia branding campaigns, collateral and direct mail for global financial services organization. Collaborated with team members and clients on projects from concept to completion, managing tight deadlines and budget constraints. Provided leadership and development for a team of designers and production artists.

**Freelance Art Director** ~ 1997-1999

Developed marketing communications campaigns for various advertising agencies and large corporations in the Boston area.

**Graphic Designer, Doerr Associates** ~ Winchester, MA, 1995-1997

Designed brochures, corporate identity, direct mail and advertisements for advertising agency. Handled complex media placements, negotiated for artwork and print vending.

**Technical / Related skills**
Microsoft Office Suite, Adobe InDesign, Photoshop, Illustrator, Acrobat Professional, Quark XPress. Working knowledge of HTML, Flash, After Effects, & Premiere.

Strong project management and copywriting ability, extensive involvement with web site products and development, video and photography shoots, print production.

## EDUCATION

**Certificate / Web Site Development, New England Institute of Art** ~ 2005

**B.A. / Graphic Design, University of Massachusetts** ~ Lowell, MA, 1996
Cum laude, Art history minor, English concentration
Advertising Manager of *The Connector* (University weekly newspaper)