# EXHIBIT 3

# Wellington Management Company, LLP

Electronic Publishing Group

Corporate Design Manager

Job Description

July 15, 2006

| | |
|---|---|
| **Background** | Primary emphasis is on supervision of the design and execution of communications materials to ensure that all materials represent the firm appropriately to both internal and external audiences, and to ensure that the design and delivery of firm content contribute to an enhanced user experience. |
| **Responsibilities** | Serve as the firm's conceptual, collaborative design leader with understanding of design, communications, brand and business strategy to assure image consistency across all media |
| | Interact with management at all levels of the firm to consult and advise on the development of new content and new methods of delivery, and to ensure design solutions are strategic, targeted, and visually compelling |
| | Set and maintain creative standards for the firm, and contribute to the development and support of best practices related to the creation of communications materials from concept through execution. |
| | Develop new or improved processes and solutions to leverage capabilities of existing applications and technology as it applies to design and dissemination of communications materials to clients, prospects, and other constituencies. |
| | Work with Team Managers to ensure that content development is coordinated across different methods of delivery. |
| | Supervise outside vendors to determine best solutions, timely delivery, and appropriate charges for required work. |
| | Ensure that new design/format solutions work efficiently with various international paper standards (i.e. A4) |
| **Requirements** | Position requires an individual with 10+ years of experience in all aspects of Marketing and Corporate Communications, with at least 5 years supervising design and production of communications materials for the financial services industry. |
| | Must show superior judgment and consistently demonstrate high level of expertise in the requirements of the job, with broad and detailed knowledge of the applications and technologies used to create and deliver communications materials. |
| | Must have broad knowledge of the organization to understand and anticipate the needs of the firm. Must seek ways to contribute beyond the expectations of the job description. |
| | Must be able to supervise work in all media, and must have experience managing projects and people. |

<u>Certificate of Service</u>

I hereby certify that paper copies of this document(s) will be sent by First Class U.S. Mail to the attorneys for the Defendants, represented collectively by Ilene Robinson Sunshine of Sullivan and Worcester LLP, Boston, MA.

*Frederick Runyon*
_____
Frederick L. Runyon, Plaintiff

*Pro se*