```
Plaintiff, Pro Se
125 High Street
Newton, MA, 02464
```

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| Frederick L. Runyon, Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 13-11236-DJC |
| Wellington Management Company, ) | |
| LLP; Anne Mahoney; Stephen ) | **MOTION FOR EXTENSION OF TIME TO** |
| Klar; Defendants ) | **FILE OPPOSITION TO DEFENDANTS'** |
| ) | **MOTION TO DISMISS AMENDED** |
| ) | **COMPLAINT AS TO THE INDIVIDUAL** |
| ) | **DEFENDANTS** |

1. COMES NOW Frederick L. Runyon, Plaintiff in the above entitled case, specifically to request an extension of time to reply with an Opposition to the Defendants' Motion to Dismiss Amended Complaint As To The Individual Defendants, Document 23, dated April 9, 2014.

2. Defendants' Motion to Dismiss, Doc. 23, and Memorandum in Support of Motion to Dismiss, Doc. 24, will require time for me to research, develop an understanding of, and prepare an effective response to the number and complexity of issues raised in those filings.

3. Because I am representing myself I believe it is reasonable to assert that I need more time to prepare an effective response than would trained and experienced professional counsel.

4. Opposing counsel has assented to this request.

5. Local Rule 7.1(b)(2) requires that an Opposition to a Motion be filed within 14 days after the Motion has been served. That date would be April 23, 2014.

6. For the above stated reasons I respectfully request an extension of time to file my Motion in Opposition until Thursday May 8, 2014, an additional fifteen days.

/s/ Frederick L. Runyon

Frederick L. Runyon, Plaintiff

*Pro se*

125 High Street

Newton, MA 02464

Dated this 17th day of April, 2014

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 17, 2014.