Plaintiff, Pro Se
125 High Street
Newton, MA, 02464

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| Frederick L. Runyon, Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 13-11236-DJC |
| Wellington Management Company, ) | |
| LLP; Anne Mahoney; Stephen ) | **MOTION FOR EXTENSION OF TIME TO** |
| Klar; Defendants ) | **PREPARE FOR HEARING ON MOTION** |
| ) | **[23] MOTION TO DISMISS *AMENDED*** |
| ) | ***COMPLAINT AS TO THE INDIVIDUAL*** |
| ) | ***DEFENDANTS*; MOTION HEARING SET** |
| ) | **FOR 10/8/2014** |
| ) | |

1. COMES NOW Frederick L. Runyon, Plaintiff in the above entitled case, specifically to request a 15 day extension of time to prepare for the Hearing on Motion [23] MOTION to Dismiss Amended Complaint As To The Individual Defendants : Motion Hearing set for 10/8/2014 02:00 PM in Courtroom 11 before Judge Denise J. Casper (doc. 31).

2. I broke my wrist over Labor Day weekend and am wearing a cast, which I am hoping will come off October 9. This has proven to hamper my ability to use my computer, sort and file paperwork, and to do just about everything else.

3. Opposing counsel has assented to this request.

4. For the above stated reasons I respectfully request an extension of time to prepare for this Hearing.

/s/ Frederick L. Runyon

Frederick L. Runyon, Plaintiff

*Pro se*

125 High Street

Newton, MA 02464

Dated this 19th day of September, 2014

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 19, 2014.