UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP,<br>ANNE MAHONEY, STEPHEN KLAR,<br>Defendants. | C.A. 13-11236-DJC |

**NOTICE OF APPEARANCE OF JOSEPH L. SULMAN ON BEHALF OF PLAINTIFF FREDERICK RUNYON**

Please notice the appearance of Joseph L. Sulman of the Law Office of Joseph L. Sulman, Esq. as counsel of record for Plaintiff Frederick Runyon.

          PLAINTIFF FREDERICK RUNYON
          By his attorney,

          _____/s/ Joseph Sulman_____
          Joseph L. Sulman, BBO # 663635
          Law Office of Joseph L. Sulman, Esq.
          1001 Watertown Street, Third Floor
          West Newton, Massachusetts 02465
          (617) 521-8600
          jsulman@sulmanlaw.com
          dbrody@sulmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of March, 2015.

          */s/ Joseph Sulman*
          _____
          Joseph Sulman