UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK L. RUNYON,           )<br>                                               )<br>        Plaintiff,                      )<br>                                               )<br>v.                                          )<br>                                               )<br>WELLINGTON MANAGEMENT    )<br>COMPANY, LLP and ANNE MAHONEY, )<br>                                               )<br>        Defendants.                 )<br>                                               ) | CIVIL ACTION NO. 13-11236-DJC |

**CERTIFICATION OF DEFENDANTS
AND COUNSEL PURSUANT TO L.R. 16.1(D)(3)**

Wellington Management Company LLP and Anne Mahoney, Defendants in the above-captioned action, and their counsel hereby certify in accordance with Local Rule 16.1 (D) (3):

1. That they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| WELLINGTON MANAGEMENT COMPANY LLP | COUNSEL FOR DEFENDANTS |
|---|---|
| /s/   Cynthia M. Clarke<br>By:  Cynthia M. Clarke, Esq.<br>       General Counsel | /s/  Ilene Robinson Sunshine<br>Ilene Robinson Sunshine<br>BBO #423000<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts  02109<br>(617) 338-2800<br>isunshine@sandw.com |
| /s/  Anne Mahoney<br>Anne Mahoney | |

Dated:  April 17, 2015

{B1863575; 1}

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 17, 2015.

<u>/s/  Ilene Robinson Sunshine</u>

{B1863575; 1}                                                 - 2 -