# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP, and ANNE MAHONEY Defendants. | C.A. 13-11236-DJC |

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the case through the use of alternative dispute resolution programs.

                                        PLAINTIFF FREDERICK RUNYON,

                                        By his counsel,

                                        _____**/s/ Joseph L. Sulman**_____
                                        Joseph L. Sulman, BBO # 663635
                                        Law Office of Joseph L. Sulman, Esq.
                                        185 Devonshire Street, Suite 502
                                        Boston, Massachusetts 02110
                                        (617) 521-8600
                                        jsulman@sulmanlaw.com


/s/ __Frederick Runyon_____
Frederick Runyon
Plaintiff

{B1863050; 2}

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I served this Rule 16.1 Certificate on all counsel of record via the Court's ECF system on April 21, 2015.

                              <u>/s/ Joseph Sulman</u>
                              Joseph Sulman