UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP,<br>ANNE MAHONEY, STEPHEN KLAR,<br>Defendants. | C.A. 13-11236-DJC |

**NOTICE OF APPEARANCE OF DAVID I. BRODY ON BEHALF OF PLAINTIFF FREDERICK RUNYON**

Please notice the appearance of David I. Brody of the Law Office of Joseph L. Sulman, Esq. as counsel of record for Plaintiff Frederick Runyon.

PLAINTIFF FREDERICK RUNYON
By his attorney,

     **/s/ David Brody**
Joseph L. Sulman, BBO # 663635
David I. Brody, BBO #676984
Law Office of Joseph L. Sulman, Esq.
1001 Watertown Street, Third Floor
West Newton, Massachusetts 02465
(617) 521-8600
jsulman@sulmanlaw.com
dbrody@sulmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 23rd day of April, 2015.

*/s/ David Brody*

David Brody