UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP, and<br>ANNE MAHONEY Defendants. | C.A. 13-11236-DJC |

## STIPULATION OF DISMISSAL

The parties to the above action, Plaintiff Frederick Runyon and Defendants Wellington Management Company, LLP and Anne Mahoney, stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the action shall be forthwith dismissed with prejudice, without costs to either party, and with all rights of appeal waived.

| | |
|---|---|
| FREDERICK RUNYON,<br><br>By his attorney, | DEFENDANTS WELLINGTON MANAGEMENT COMPANY, LLP AND ANNE MAHONEY,<br><br>By their attorneys, |
| ___/s/ Joseph L. Sulman_____<br>Joseph L. Sulman, BBO #663635<br>Law Office of Joseph L. Sulman, Esq.<br>1001 Watertown Street, Third Floor<br>West Newton, Massachusetts 02465<br>(617) 521-8600<br>jsulman@sulmanlaw.com | /s/ Ilene Robinson Sunshine<br>Ilene Robinson Sunshine  BBO # 423000<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA 02109<br>(617-338-2800<br>isunshine@sandw.com |

Dated:   November 6, 2015

CERTIFICATE OF SERVICE

    I hereby certify that I served this report on all attorneys of record via the Court's ECF filing system on November 6, 2015

                              /s/ Joseph L. Sulman
                              Joseph L. Sulman