# EXHIBIT 4

```
Subject: Re: My folder with documents
Date: Friday, October 9, 2015 10:14 PM
From: Joseph Sulman <jsulman@sulmanlaw.com>
To: Frederick Runyon <flrunyon@comcast.net>
Conversation: My folder with documents
```

Hi Rick -

Wellington's attorney has made a new offer: you can use five Wellington documents but have to remove references to Wellington and peoples faces. I know this is unacceptable but at least it's an opening. She is talking about filing a motion for an injunction to force you to return the documents and take down all Wellington documents from your Facebook page if we don't reach a settlement. I think we have an opportunity to get a deal here maybe with 10-15 documents if that is doable. They are adamant that you must remove the brochure for The Hartford though, as they claim that is not public.

Let me know what you think. Also if they're wrong about The Hartford brochure, let me know.

Joe


Joseph L. Sulman
Law Office of Joseph L. Sulman, Esq.
1001 Watertown Street, Third Floor
West Newton, MA 02465
ph.  617-521-8600
fax. 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Oct 2, 2015, at 5:15 PM, Frederick Runyon <flrunyon@comcast.net> wrote:

Hi Joe. I'm hoping that when we left you picked up a pocket folder with some documents I brought today. Please let me know.

Thanks and have a good weekend.
Rick