**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP,<br>ANNE MAHONEY, STEPHEN KLAR,<br>Defendants. | C.A. 13-11236-DJC |

**WITHDRAWAL OF APPEARANCE[1]**

Attorney Joseph Sulman and the Law Office of Joseph L. Sulman notice their withdrawal

on behalf of plaintiff Frederick Runyon. *See* Affidavit of Joseph L. Sulman, attached hereto.[2]

PLAINTIFF FREDERICK RUNYON
By his attorney,


    /s/ Joseph Sulman
Joseph L. Sulman, BBO # 663635
David I. Brody, BBO #676984
Law Office of Joseph L. Sulman, Esq.
1001 Watertown Street, Third Floor
West Newton, Massachusetts 02465
(617) 521-8600
jsulman@sulmanlaw.com
dbrody@sulmanlaw.com

**November 1, 2016**

---

[1] Since the case is closed, no motion is necessary to withdraw as counsel.

[2] As explained in the attached affidavit of Joseph L. Sulman, the undersigned counsel had no idea that Plaintiff was going to file a motion for relief from judgment until he received the Notice of Electronic Filing today.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of November 2016.

*/s/* Joseph Sulman

_____

Joseph Sulman