**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP,<br>ANNE MAHONEY, STEPHEN KLAR,<br>Defendants. | C.A. 13-11236-DJC |

**AFFIDAVIT OF JOSEPH L. SULMAN**

I, Joseph L. Sulman, hereby depose and state as follows:

1.     I was counsel of record for Plaintiff in this case until it was formally closed via stipulation of dismissal on November 6, 2015. I am duly licensed to practice law in the Commonwealth of Massachusetts and before this District Court. I provide the following information based on my personal information.

2.     I was unaware that Plaintiff was going to file any motion with this Court in this case until I received Notice of Electronic Filing at 2:18 p.m. of the Plaintiff's *pro se* Motion for Relief from Judgment.

3.     Had I known that the Plaintiff was going to file a motion with the Court, my colleague David Brody and I would have filed a formal withdrawal earlier and/or advised Plaintiff to see alternative counsel.


Signed under the pains and penalty of perjury this 1st Day of November, 2016

_____/s/ **Joseph Sulman**_____
Joseph L. Sulman