UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK L. RUNYON,<br>Plaintiff,<br><br>vs.<br><br>WELLINGTON MANAGEMENT COMPANY, LLP,<br>ANNE MAHONEY, STEPHEN KLAR,<br>Defendants. | C.A. 13-11236-DJC |

**WITHDRAWAL OF APPEARANCE**

Attorney David Brody notices his withdrawal on behalf of plaintiff Frederick Runyon.

                                              PLAINTIFF FREDERICK RUNYON
                                              By his attorney,

                                              _____/s/ David Brody_____
                                              Joseph L. Sulman, BBO # 663635
                                              David I. Brody, BBO #676984
                                              Law Office of Joseph L. Sulman, Esq.
                                              1001 Watertown Street, Third Floor
                                              West Newton, Massachusetts 02465
                                              (617) 521-8600
                                              jsulman@sulmanlaw.com
                                              dbrody@sulmanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of November 2016.

                                                  */s/* David Brody_____
                                                  David Brody