UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREDERICK L. RUNYON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:13-cv-11236-DJC |
| WELLINGTON MANAGEMENT COMPANY, LLP, ANNE MAHONEY, and STEPHEN KLAR, Defendants. | ) ) ) ) ) ) | |

# NOTICE OF APPEARANCE

Please enter the appearance of Nicholas M. O'Donnell, of Sullivan & Worcester LLP, as counsel for Defendants Wellington Management Company, LLP, Anne Mahoney, and Stephen Klar.

November 15, 2016

SULLIVAN & WORCESTER LLP

/s/ Nicholas M. O'Donnell
Nicholas M. O'Donnell (BBO No. 657950)
One Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: nodonnell@sandw.com

*Attorneys for Defendants Wellington Management Company, LLP, Anne Mahoney, and Stephen Klar*

# CERTIFICATE OF SERVICE

I certify that the foregoing **Notice of Appearance**, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 15, 2016 and paper copies will be sent to any non-registered participants (including the *pro se* Plaintiff) by first class mail.

/s/ Nicholas M. O'Donnell